# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT

## 03-1583


**JANICE PERRY**

**VERSUS**

**WAL-MART STORES, INC., D/B/A WAL-MART SUPERCENTER**


\*\*\*\*\*\*\*\*\*\*


APPEAL FROM THE
TENTH JUDICIAL DISTRICT COURT
PARISH OF NATCHITOCHES, NO. 70330, DIV. B
HONORABLE FRED C. SEXTON, JR., DISTRICT JUDGE


\*\*\*\*\*\*\*\*\*\*


**MARC T. AMY
JUDGE**


\*\*\*\*\*\*\*\*\*\*


Court composed of Jimmie C. Peters, Marc T. Amy, and Elizabeth A. Pickett, Judges.


**AFFIRMED.**



**Donald G. Kelly
William L. Townsend, III
Kelly, Townsend & Thomas
Post Office Box 756
Natchitoches, LA   71458-0756
(318) 352-2353
COUNSEL FOR PLAINTIFF/APPELLEE:**
        Betty Smith

**Robert L. Salim
Post Office Box 2069
Natchitoches, LA 71457-2069
(318) 352-5999
COUNSEL FOR PLAINTIFF/APPELLEE:**
        Betty Smith

**Ronald E. Corkern, Jr.**
**Corkern & Crews, L.L.C.**
**Post Office Box 1036**
**Natchitoches, LA   71458-1036**
**(318) 352-9809**
**COUNSEL FOR DEFENDANT/APPELLANT:**
    **Wal-Mart Stores, Inc.**

**Kathleen A. Manning**
**Henri Wolbrette,  III**
**Stephen P. Beiser**
**McGlinchey Stafford, PLLC**
**Post Office Box 60643**
**New Orleans, LA   70160-0643**
**(504) 586-1200**
**COUNSEL FOR DEFENDANT/APPELLANT:**
    **Wal-Mart Stores, Inc.**

**John G. Swift**
**Swift & Rhoades, L.L.P.**
**Post Office Box 53107**
**Lafayette, LA   70505-3107**
**(337) 572-9877**
**COUNSEL FOR DEFENDANT/APPELLANT:**
    **Wal-Mart Stores, Inc.**

AMY, Judge.

For reasons set forth in the companion case of *Smith v. Wal-Mart Stores, Inc.*, 03-1582 (La.App. 3 Cir. _/_/04); _ So.2d _, this matter is affirmed. All costs of this appeal are assigned the appellant, Wal-Mart Stores, Inc., d/b/a Wal-Mart Supercenter.

**AFFIRMED.**